UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEKSEY TSVETKOV,<br><br>                                 Plaintiff,<br><br>      -v.-<br><br>UNITED STATES OF AMERICA,<br><br>                               Defendant. | Civil Action No.<br>18-cv-2761<br><br>(Garaufis, J.)<br>(Pollak, M.J.) |

## **STIPULATION OF DIMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, ALEKSEY TSVETKOV, and Defendant, UNITED STATES OF AMERICA, by and through their respective undersigned counsel, that in accordance with the Stipulation and Agreement of Compromise Settlement and Release of All Claims, Plaintiff's Complaint and any and all claims arising therefrom against Defendant are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, fees and disbursements; and

IT IS FURTHER STIPULATED AND AGREED that no further suit will be instituted for the same causes of action that have been asserted herein or for any other causes of action arising out of the incidents or circumstances that gave rise to this suit.

Dated: February 21, 2023  
New York, New York

ERIC H. GREEN & ASSOCIATES  
*Attorney for Plaintiff*  
295 Madison Avenue  
16th Floor  
New York, New York 10017

By:     /s/ Eric H. Green  
Eric H. Green  
(212) 532-2450  
greenlegal@msn.com

Dated: February 21, 2023  
Brooklyn, New York

BREON PEACE  
United States Attorney  
Eastern District of New York  
*Attorney for Defendant*  
271-A Cadman Plaza East  
Brooklyn, New York 11201

By:     /s/ Ekta R. Dharia  
Ekta R. Dharia  
Assistant U.S. Attorney  
(718) 254-7520  
ekta.dharia@usdoj.gov

**So Ordered.**

s/Nicholas G. Garaufis

**Hon. Nicholas G. Garaufis**  
**Date:** 3/8/23